UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:

PHILIP BURGOS                                                CASE NO.:  8:09-bk-23768-KRM

    Debtor(s)                                                    CHAPTER 13

ADDRESS:    8720 SANDY PLAINS DRIVE
                      RIVERVIEW, FL 33578

LAST 4 OF SSN:    xxx-xx-5625

_____/

## DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND   SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3  'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

      DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND   SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3  , ("Creditor"), through its undersigned counsel, objects to confirmation of the Debtor(s) hereinafter referred to as jointly or individually as ("Debtor(s)") Chapter 13 Plan filed herein for the following reasons:

      1.     Creditor is a secured creditor of the Debtor,  holding a security interest in real property owned by the Debtor located at 1812-1818 E 138TH AVENUE, TAMPA, FL 33613.

      2.     Debtor's Plan does not comply with 11 U.S.C. §1322(b)(2) in that it seeks to modify the rights of Creditor and the Debtor has not filed a Motion to Value the subject property.

      3.     Creditor's claim would be impermissibly modified under Debtor's Plan because Debtor proposes that Creditor not be paid all unpaid arrearage, fees and costs to which it is entitled under its Mortgage.  Creditor has agreed to pay reasonable attorney fees for the bringing of the instant motion.

      4.     The Chapter 13 Plan proposed by the Debtor on November 3, 2009  includes payments toward the mortgage account with Creditor.  However, the figures used by the Debtor are inaccurate and do not conform to said Creditor's timely-filed Proof of Claim.  The regular monthly payment which is due on

the subject mortgage should be $1,982.54 not $1,433.13 as indicated in the Debtor's proposed Plan. Furthermore, the monthly note payment is subject to periodic adjustments for escrow and/or for variable interest rates and thus must be amended during the pendency of the Plan in accordance with the loan documents.

5.     The correct pre-petition arrearage due Creditor is $19,763.60, whereas the Debtor's Plan proposes to pay only $5,732.00.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C.§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

**WHEREFORE**, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND   SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS, prays that confirmation of Debtor's Chapter 13 Plan is DENIED unless Debtor's Plan is amended to address the Creditor's objections.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, December 16, 2009, I served  copy of the foregoing either electronically and/or via first class U.S. mail upon:

PHILIP BURGOS, 8720 SANDY PLAINS DRIVE RIVERVIEW, FL 33578
*Debtor(s)*

SCOTT D. STAMATAKIS, 13904 N. DALE MABRY HIGHWAY, STE 301 TAMPA, FL 33618
*Attorney for Debtor(s)*

TERRY E SMITH, PO BOX 6099, SUN CITY, FL 33571
*Trustee*

        SMITH, HIATT & DIAZ, P.A.
        Attorneys for Creditor
        PO BOX 11438
        Fort Lauderdale, FL  33339-1438
        Phone: (954) 564-0071/           Fax:  (954) 564-9252
        E-mail: rdiaz@smith-hiatt.com

        By: /s/Roy A. Diaz
          Roy A. Diaz
          Florida Bar No.767700

1184-76812