**[8NPH]** [Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                                   Case No. 8:09−bk−23768−KRM
                                                                                                         Chapter 13
Philip Burgos
8720 Sandy Plains Drive
Riverview, FL 33578




_____Debtor*_____/

NOTICE OF PRELIMINARY HEARING

   NOTICE IS HEREBY GIVEN THAT:

   A preliminary hearing will be held in, Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 on April 21, 2010 at 10:30 AM before the Honorable K. Rodney May , United States Bankruptcy Judge, to consider and act upon the following matter(s):

   Debtor's Motion to Determine Secured Status of Bank of America Home Loans and Request for Attorney's Fees (Doc. No. 35)

Debtor's Motion to Determine Secured Status of Deutsche Bank National Trust Company and Request for Attorney's Fees (Doc. No. 36)

Debtor's Motion to Determine Secured Status of EMC Mortgage Corporation and Request for Attorney's Fees (Doc. No. 37)

Debtor's Motion to Determine Secured Status of America's Servicing Co. and Request for Attorney's Fees (Doc. No. 38)

   Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

<u>Appropriate Attire.</u> You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints.</u> You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on April 8, 2010 .

                                                                    FOR THE COURT

                                                                    Lee Ann Bennett , Clerk of Court

                                                                    Sam M. Gibbons United States Courthouse
                                                                    801 North Florida Avenue, Suite 555
                                                                    Tampa, FL 33602

*All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.