UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:

PHILIP BURGOS                                         CASE NO.:  8:09-bk-23768-KRM

    Debtor(s)                                         CHAPTER 13

ADDRESS:    8720 SANDY PLAINS DRIVE
                     RIVERVIEW, FL 33578

LAST 4 OF SSN:    xxx-xx-5625

_____/

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND     SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 'S AMENDED RESPONSE TO DEBTOR'S MOTION TO VALUE**
**Response amended to link Response to correct property**

**COMES NOW**, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3  ("CREDITOR") by and through its undersigned counsel and files this its Response to DEBTOR'S Motion to Value (1820-1826 E 138TH Avenue, Tampa, FL), and states as follows:

    1.    CREDITOR attaches an appraisal on the subject property incorporated herein as Exhibit "A."

**WHEREFORE,** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND  SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 prays that this Court schedule this matter for hearing.

                                           SMITH, HIATT & DIAZ, P.A.
                                           Attorneys for Creditor
                                           PO BOX 11438
                                           Fort Lauderdale, FL  33339-1438
                                           Phone: (954) 564-0071/Fax:  (954) 564-9252
                                           E-mail: rdiaz@smith-hiatt.com

                                           By: /s/Roy A. Diaz
                                              Roy A. Diaz
                                     Florida Bar No.767700

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this day, April 9, 2010, I served a copy of the foregoing upon:

PHILIP BURGOS
8720 SANDY PLAINS DRIVE
RIVERVIEW, FL 33578
*Debtor(s)*

SCOTT D. STAMATAKIS
13904 N. DALE MABRY HIGHWAY, STE 301
TAMPA, FL 33618
*Attorney for Debtor(s)*

TERRY E SMITH
PO BOX 6099
SUN CITY, FL 33571
*Trustee*

                                                SMITH, HIATT & DIAZ, P.A.
                                                Attorneys for Creditor
                                                PO BOX 11438
                                                Fort Lauderdale, FL  33339-1438
                                                Phone: (954) 564-0071
                                                Fax:  (954) 564-9252
                                                E-mail: rdiaz@smith-hiatt.com


                                                By: /s/Roy A. Diaz
                                                    Roy A. Diaz
                                                Florida Bar No.767700


1184-76812