**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In Re:

PHILIP BURGOS

CASE NO. 8:09-BK-23768-KRM
CHAPTER 13

Debtor(s)

_____/

**AMENDED RESPONSE TO MOTION TO VALUE**

COMES NOW, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3, by and through its undersigned attorney and files this response to motion to value and hereby states:

1. Creditor denies each and every allegation contained in Debtor's Motion to Determine Secured Status and demands strict proof thereof.

2. Debtor executed a Note to Creditor. A copy of the Note is attached hereto as Exhibit "A".

3. Creditor holds a lien by virtue of a Mortgage. A copy of which is attached hereto as Exhibit "B" .

4. The payoff due on the obligation is $204,381.05, which is the value of the collateral until an inspection indicates otherwise.

WHEREFORE, Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3, requests that this Honorable Court deny Debtor's Motion to Determine Secured Status and grant such further relief as this Court may deem just and proper, including an award of respondent's expenses and reasonable attorney's fees provided for in the Security Agreement.

/s/ Daniel C. Consuegra
Law Offices of Daniel C. Consuegra
X Daniel C. Consuegra/Florida Bar #371300
☐ Jennifer A. Sesta/Florida Bar #0966339
☐ Josh D. Donnelly/Florida Bar #64788
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfilings@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 21st day of April, 2010 to PHILIP BURGOS, 8720 SANDY PLAINS DRIVE, RIVERVIEW, FL 33578; SCOTT D STAMATAKIS, ESQUIRE, 2701 NORTH ROCKY POINT DRIVE, SUITE 525 , TAMPA, FL 33607; AND TERRY E. SMITH, TRUSTEE, P.O. BOX 6099, SUN CITY CENTER, FL 33571.

/s/ Daniel C. Consuegra
Daniel C. Consuegra, Esquire