**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In Re:

PHILIP BURGOS

CASE NO. 8:09-BK-23768-KRM
CHAPTER 13

Debtor(s)

_____/

**SECOND AMENDED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, BAC HOME LOANS Servicing, L.P. F/K/A Countrywide Home Loans Servicing L.P. as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3, by and through its undersigned attorney and files this objection to the Chapter 13 Plan and hereby states:

1. Creditor is holder of a Note and Mortgage dated April 10, 2007, copies of which are attached hereto as Exhibit(s) "A" and "B".

2. Creditor objects to the confirmation of the proposed Chapter 13 Plan.

3. The monthly payments under the Note and Mortgage are $1,591.29 per month due on the 1ST of each month.  The Debtors' Plan provides for regular monthly payments of $1,448.47.

4. Pursuant to the Creditor's Proof of Claim filed in the case, there are pre-petition arrearages, costs and attorneys' fees in the amount of $19,172.94. The Debtor's Plan provides for payments toward arrearages, costs and attorney's fees in the amount of $5,732.00.

5. Creditor objects to the valuation of its collateral under the Debtors' Chapter 13 Plan.

6. Pursuant to the Creditor's Proof of Claim filed in the case, there is a secured claim in the amount of $204,381.05. The Debtor's Plan provides for a secured claim in the amount of $70,000.00.

7. Pursuant to the Note and Mortgage in the case, there is an interest rate of 8.875%. The Debtor's Plan does not provide for an interest rate.

8. The requested hearing time is fifteen (15) minutes.

WHEREFORE, Creditor objects to the confirmation of the Chapter 13 plan and requests an order sustaining Creditor's objection together with such other relief as this Court deems just and proper.

/s/ Daniel C. Consuegra
Law Offices of Daniel C. Consuegra
X Daniel C. Consuegra/Florida Bar #371300
☐ Jennifer A. Sesta/Florida Bar #0966339
☐ Thomasina F. Moore/Florida Bar #057990
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfilings@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 21st day of March, 2010 to PHILIP BURGOS, 8720 SANDY PLAINS DRIVE, RIVERVIEW, FL 33578; SCOTT D STAMATAKIS, ESQUIRE, 2701 NORTH ROCKY POINT DRIVE, SUITE 525 , TAMPA, FL 33607; AND TERRY E. SMITH, TRUSTEE, P.O. BOX 6099, SUN CITY CENTER, FL 33571.

                                        /s/ Daniel C. Consuegra
                                        Daniel C. Consuegra, Esquire