**[8wfehgen]** [Order Setting Final Evidentiary Hearing (General)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                          Case No. 8:09−bk−23768−KRM
                                                                                                Chapter 13

Philip Burgos
8720 Sandy Plains Drive
Riverview, FL 33578




_____Debtor\*_____/

ORDER SETTING FINAL EVIDENTIARY HEARING

   THIS CASE came on for hearing on the Motion to Determine Secured Status of Deutsche Bank filed by the debtor (Doc. No. 36 ) pursuant to the notice of preliminary hearing served on the parties hereto. The Court is satisfied that the matter is now ready for final evidentiary hearing. Accordingly, it is

   **ORDERED**:

   1. Final Evidentiary Hearing. The final evidentiary hearing is set for June 21, 2010 at 02:00 PM in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 .

   2. Witness List. The parties shall exchange names and addresses of witnesses within fourteen (14) days of the date of entry of this Order.

   3. Exhibits. The parties shall exchange exhibits no less than three (3) days before the date set for the final evidentiary hearing. All exhibits the parties intend to introduce into evidence must be premarked and listed in accordance with Local Rule 9070−1. Unless written objection is filed with the Court and served by facsimile transmission no later than twenty−four (24) hours before the final evidentiary hearing as to their authenticity, copies of the exhibits will be admitted in lieu of originals.

   4. Summary Judgment Motions. Any motion for summary judgment shall be filed by N/A . The Court will set a hearing on the summary judgment motion prior to the final evidentiary hearing. If the motion for summary judgment is denied in whole or in part, the final evidentiary hearing will proceed as scheduled herein.

   5. Pending Motions. All properly filed and pending motions, other than motions for summary judgment, not previously disposed of shall be heard at the final evidentiary hearing.

6. Discovery Cutoff. All discovery shall be completed by seven (7) days before the date set for the final evidentiary hearing.

7. Discovery Disputes. To the extent there are disputes during the conduct of discovery in this case, the parties shall first confer in good faith to resolve the issue. If unsuccessful, the parties, or any of them, may request a telephone conference with the Court at a convenient time for all parties at which a court reporter will not be present. If the request is granted, then the Court will hear from the parties and advise the parties informally as to how the Court might rule if formally presented with the dispute. The Court's informal ruling shall be without prejudice to the right of the party to file a formal motion and be heard further on the matters in dispute.

8. Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

9. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on April 27, 2010 .

_____
K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.