[8noch] [NOTICE OF CONTINUED HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09–bk–23768–KRM
Chapter 13

Philip Burgos
8720 Sandy Plains Drive
Riverview, FL 33578

_____Debtors(s)_____/

NOTICE OF CONTINUED HEARING

   Be advised that the hearing regarding the Motion to Determine Secured Status of EMC Mortgage and Americas Servicing that was held on April 21, 2010 has been continued to 5/12/10 at 10:00 AM, before the Honorable K. Rodney May, in Tampa, FL – Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue

   Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on April 27, 2010

FOR THE COURT
Lee Ann Bennett , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602