**[8hnstay]** [ ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09−bk−23768−KRM
Chapter 13

Philip Burgos
8720 Sandy Plains Drive
Riverview, FL 33578

_____Debtor*_____/

ORDER SCHEDULING PRELIMINARY
HEARING ON MOTION FOR RELIEF FROM STAY

   THIS CASE came on for consideration of the motion for relief from stay ("Motion") (Doc. No. 41 ) filed by Carrington Mortgage Services LLC ("Movant") on 4/7/10 . The filing of this Motion creates a contested matter under Fed. R. Bankr. P. 9014. The Court, therefore, orders as follows:

1. The Court hereby schedules a preliminary hearing on the Motion for May 19, 2010 at 02:00 PM in Tampa, FL − Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue before the Honorable K. Rodney May , United States Bankruptcy Judge.

2. The automatic stay of Bankruptcy Code Section 362(a) is continued in effect until further order of this Court.

3. Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the Court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the Court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the Court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on April 29, 2010 .

_____
K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.