**[8noch]** [NOTICE OF CONTINUED HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                          Case No. 8:09−bk−23768−KRM
                                                                                                Chapter 13

Philip Burgos
8720 Sandy Plains Drive
Riverview, FL 33578

_____Debtors(s)_____/

NOTICE OF CONTINUED HEARING

   Be advised that the hearing regarding the Motion to Determine Secured Status of EMC Mortgage and Americas Servicing that was held on April 21, 2010 has been continued to 5/12/10 at 10:00 AM, before the Honorable K. Rodney May, in Tampa, FL − Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue

   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on April 27, 2010

                                                FOR THE COURT
                                                Lee Ann Bennett , Clerk of Court
                                                Sam M. Gibbons United States
                                                Courthouse
                                                801 North Florida Avenue, Suite 555
                                                Tampa, FL 33602

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: cornells            Page 1 of 1            Date Rcvd: Apr 27, 2010
Case: 09-23768                Form ID: 8noch            Total Noticed: 16

The following entities were noticed by first class mail on Apr 29, 2010.
db          +Philip Burgos,    8720 Sandy Plains Drive,    Riverview, FL 33578-8615
            +America Servicing,    Attn: Cara Heiden, Co Pres,    One Home Campus,    Des Moines, IA 50328-0001
            +Americas Servicing Co,    Attn: Teressa J. Williams,    3476 Stateview Blvd,    MAC X2501 01D,
              Des Moines, IA 50328-0001
cr          +Carrington Mortgage Services LLC,    c/o Lawrence M. Weisberg, Esquire,    21301 Powerline Road,
              Suite 100,    Boca Raton, FL 33433-2389
cr          +Deutsche Bank, N.A. et al,    c/o Roy A. Diaz,    P.O. Box 11438,    FT. Lauderdale, FL 33339-1438
            +EMC,    PO Box 660753,    Attn: Bankruptcy,    Dallas, TX 75266-0753
            +EMC,    c/o Marshall Watson, PA,    1800 Northwest 49th Street, Ste 120,
              Ft Lauderdale, FL 33309-3092
            +EMC,    c/o CT Corporation,    1200 South Pine Island Rd,    Plantation, FL 33324-4413
            +EMC,    Attn: John Vella, Presdient/COO,    2780 Lake Vista Dr,    Lewisville, TX 75067-3884
cr          +EMC Mortgage Corporation...,    Law Offices of Marshall C. Watson, P.A.,
              1800 NW 49th Street Suite 120,    Fort Lauderdale, FL 33309-3092
cr          +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
cr           Nissan Motor Acceptance Corporation, as servicer f,    Po Box 660366,    Dallas, TX  75266-0366
17121504    +AMERICAS SERVICING CO,    7485 NEW HORIZON WAY,    FREDERICK, MD 21703-8388
17267047    +America's Servicing company,    1 Home Campus,    Des Moines, IA 50328-0001,    MAC# X2302-04C,
              Attn: Bankruptcy Payment Processing
17121511    +EMC MORTGAGE,    PO BOX 293150,    LEWISVILLE, TX 75029-3150
17952100    +EMC Mortgage Corporation,    1800 NW 49th street suite 120,    Fort Lauderdale, FL 33309-3092

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2010**              **Signature:**     *Joseph Speetjens*