UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:

PHILIP BURGOS	CASE NO.: 8:09-bk-23768-KRM

    Debtor(s)	CHAPTER 13

ADDRESS:   8720 SANDY PLAINS DRIVE
                   RIVERVIEW, FL 33578

LAST 4 OF SSN:   xxx-xx-5625

_____/

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND    SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 'S AMENDED RESPONSE TO DEBTOR'S MOTION TO VALUE**
**1812-1818 E. 138th Avenue, Tampa, FL 33613**

**COMES NOW**, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3  ("CREDITOR") by and through its undersigned counsel and files this its Response to DEBTOR'S Motion to Value 1812-1818 E. 138th Avenue, Tampa, FL 33613), and states as follows:

1.	In response to the Motion to Value, the Creditor attaches an appraisal of the subject property with a value of $80,000.00.

2.	CREDITOR'S, through undersigned counsel, has reached out to Debtor's counsel to settle this matter pursuant to the attached appraisal.

**WHEREFORE,** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 prays that this Court schedule this matter for hearing.

<div style="margin-left:40%">
SMITH, HIATT & DIAZ, P.A.<br>
Attorneys for Creditor<br>
PO BOX 11438<br>
Fort Lauderdale, FL  33339-1438<br>
Phone: (954) 564-0071/Fax:  (954) 564-9252<br>
E-mail: rdiaz@smith-hiatt.com<br>
<br>
By: /s/Roy A. Diaz<br>
   Roy A. Diaz<br>
   Florida Bar No.767700
</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, May 3, 2010, I served a copy of the foregoing upon:

PHILIP BURGOS, 8720 SANDY PLAINS DRIVE, RIVERVIEW, FL 33578
*Debtor(s)*

SCOTT D. STAMATAKIS, 13904 N. DALE MABRY HIGHWAY, STE 301, TAMPA, FL 33618
*Attorney for Debtor(s)*

TERRY E SMITH, PO BOX 6099, SUN CITY, FL 33571
*Trustee*

<div style="margin-left:40%">
SMITH, HIATT & DIAZ, P.A.<br>
Attorneys for Creditor<br>
PO BOX 11438<br>
Fort Lauderdale, FL  33339-1438<br>
Phone: (954) 564-0071<br>
Fax:  (954) 564-9252<br>
E-mail: rdiaz@smith-hiatt.com<br>
<br>
By: /s/Roy A. Diaz<br>
   Roy A. Diaz<br>
   Florida Bar No.767700
</div>

1184-76812