UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 09-23768-KRM
CHAPTER 13 CASE

IN RE:

PHILIP BURGOS

Debtor.
_____/

## PRELIMINARY RESPONSE TO DEBTOR'S MOTION TO DETERMINE VALUE OF SECURITY IN REAL PROPERTY AND ALLOWED SECURED CLAIM FOR CREDITOR EMC MORTGAGE CORPORATION AND REQUEST FOR ATTORNEY'S FEES

**EMC MORTGAGE CORPORATION**, by and through its undersigned attorney, as and for it's Preliminary Response to Debtor's Motion to Determine Value of Security in Real Property and Allowed Secured Claim for Creditor EMC Mortgage Corporation and Request for Attorney's Fees, and states as follows:

1.  That EMC Mortgage Corporation, holds the first mortgage on the property located at 1808-1810 E 138TH, TAMPA, FL 33613, and dated July 13, 2005, in the principal amount of $ $199,934.89.

2.  That Secured Creditor objects to the proposed valuation of its property to $67,000.00, for which Debtors attach no documents in support.

3.  That Secured Creditor asserts that its property is valued at a higher amount and requests approval to conduct its own interior appraisal in order to determine the proper value of the property.

4. That Secured Creditor reserves the right to file a Supplemental Response to Debtor's Motion to Determine Value of Security in Real Property and Allowed Secured Claim for Creditor EMC Mortgage Corporation and Request for Attorney's Fees.

**WHEREFORE**, Secured Creditor respectfully request that the Debtor's Motion to Determine Value of Security in Real Property and Allowed Secured Claim for Creditor EMC Mortgage Corporation and Request for Attorney's Fees be denied, and grant such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Preliminary Response to Debtor's Motion to Determine Value of Security in Real Property and Allowed Secured Claim for Creditor EMC Mortgage Corporation and Request for Attorney's Fees, was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid this and/or electronic mail this _3_ day of _May_, 2010.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
antonio.alonso@marshallwatson.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

Mailing List for Bankruptcy Case No: 09-15746-KSJ

TERRY E SMITH
PO BOX 6099
SUN CITY CENTER, FL 33571

SCOTT D STAMATAKIS
STAMATAKIS & THALJI, PL
13904 N. DALE MABRY HIGHWAY, SUITE 301
TAMPA, FL 33618

PHILIP BURGOS
8720 SANDY PLAINS DRIVE
RIVERVIEW, FL 33578