UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:09-bk-23768-KRM

Chapter 13

IN RE:

Philip Burgos,

    Debtor.

### ORDER GRANTING MOTION BY CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES FOR RELIEF FROM AUTOMATIC STAY TO ENTER INTO LOAN MODIFICATION AGREEMENT

THIS CAUSE came on for consideration [*for hearing on May 19, 2010,*] pursuant to the Motion By Carrington Mortgage Services, LLC, Servicer And Attorney-In-Fact For Deutsche Bank National Trust Company, As Trustee, For Carrington Mortgage Loan Trust, Series 2005-NC5 Asset-Backed Pass-Through Certificates For Relief From Stay To Enter Into Loan Modification Agreement, Docket Number 41, filed by CARRINGTON MORTGAGE SERVICES, LLC, a secured creditor in the above-styled cause. The Court, having considered said Motion, is of the opinion that it is appropriate to enter an Order on such Motion for Relief from Stay. It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1.     1. The Motion for Relief from the Automatic Stay To Enter Into Loan Modification is granted for the limited purpose as discussed herein.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and the Debtor for the limited purpose of signing and entering into the loan modification as discussed herein. The Stay shall remain in full force and effect for all other purposes, and both parties may proceed with negotiations to enter into the Loan Modification Agreement on the following property:

**Lot 49, Block 8, PARKWAY CENTER SINGLE FAMILY PHASE 2B, according to the plat thereof recorded in Plat Book 100, Page 96, public records of Hillsborough County, Florida**

**a/k/a 8720 Sandy Plains Drive, Riverview, Florida 33569**

3. Attorney's fees may not exceed $500.00.

4. Counsel for the Debtors does not object to the proposed Order Granting Motion for Relief From Stay to Enter Into Loan Modification Agreement.

5. The 14-day stay period imposed by F.R.B.P. 4001(a)(3) be waived.

6. This Order is entered for the sole purpose of allowing Movant to commence negotiations to enter into a Loan Modification Agreement on the property described above.

DATED    JUN 0 1 2010    at Tampa, Florida.

_____
K. Rodney May
United States Bankruptcy Judge

2

Copies furnished to:

Philip Burgos
8720 Sandy Plains Drive
Riverview, FL 33578

Scott D. Stamatakis, Esquire
Stamatakis & Thalji, PL
13904 N. Dale Mabry Hwy., Suite 301
Tampa, FL 33618

Daniel C. Consuegra, Esquire
9204 King Palm Drive
Tampa, FL 33619

Roy A. Diaz, Esquire
Smith Hiatt & Diaz, P.A.
P. O. Box 11438
Ft. Lauderdale, FL 33339-1438

Connie J. Delisser, Esquire
The Law Office of Marshall C. Watson, P.A.
1800 Northwest 49th Street, Suite 120
Fort Lauderdale, FL 33309

Schuyler S. Smith, Esquir
Schuyler-Stewart-Smith, P.A.
118 W. Adams Street, Suite 800
Jacksonville, FL 32202

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Antonio Alonso, Esquire
Law Office of Marshall C. Watson, P.A.
1800 N.W. 49th Street, Suite 120
Fort Lauderdale, FL 33309

CARRINGTON MORTGAGE SERVICES, LLC

Lawrence M. Weisberg, Esquire
21301 Powerline Road, Suite 100
Boca Raton, FL 33433

Terry E. Smith
P. O. Box 6099
Sun City Center, FL   33571